UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
14 JUL 22 PM 2:49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:14-cr- |
| DALLAS JONES, ) | |
| Defendant. ) | 1 : 14 -cr- 0 1 3 6 SEB -DML |

### INDICTMENT

### COUNT 1
(Felon in possession of firearm and ammunition)
[18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about April 30, 2014, within the Southern District of Indiana, DALLAS JONES, the defendant herein, having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Burglary, Cause Number 49-G02-0901-FC-004182 in Marion County, Indiana, on or about February 25, 2009;

Attempted Robbery and Carrying a Handgun Without a License, Cause Number 49-G20-0906-FB-054823 in Marion County, Indiana, on or about July 7, 2010.

did knowingly possess in and affecting commerce any firearm, to wit: an SKS rifle bearing serial number 1800618, and sixteen (16) rounds of 7.62x39 ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1).

## **FORFEITURE**

1. The allegations in Count One of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of the Indictment, DALLAS JONES, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about April 30, 2014, including but not limited to:

- an SKS rifle bearing serial number 1800618 and 16 rounds of ammunition.

A TRUE BILL

FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Thomas L. Lupke, Jr.
Special Assistant United States Attorney